UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODOLFO FERNANDEZ and ANTHONY ALLEN,<br><br>                Plaintiffs,<br><br>vs.<br><br>PENSKE TRUCK LEASING CO., L.P., *et al.*,<br><br>                Defendants. | Case No. 2:12-cv-00295-JCM-GWF<br><br>**ORDER**<br><br>Motion to Compel (#37); Counter-Motion for Protective Order (#41) |

      This matter comes before the Court on Defendants' Motion to Compel (#37), filed on November 6, 2012. Plaintiffs filed a timely Opposition (#39) and Counter-Motion for Protective Order (#41) on November 26, 2012. Defendants filed a timely Reply (#43) in support of their Motion (#37) on December 3, 2012. Defendants filed a timely Opposition (#44) to Plaintiffs' Counter-Motion (#41) on December 10, 2012. The Court conducted a hearing on the Motions (#37, #41) on December 13, 2012.

      In their Motion to Compel (#37), Defendants seek an order compelling Plaintiffs to provide further responses to Interrogatories 1, 2, 3, 7, 8, 9, 11, 12, 13, and 14, and to Requests for Production 10, 20, and 21. Defendants also move the Court to compel Plaintiff Anthony Allen to respond to the Interrogatories without any objections. In their Counter-Motion (#41), Plaintiffs move the Court for a Protective Order to prevent "oppressive discovery requests." Having considered the pleading papers and conducted a hearing, the Court finds Defendants establish good cause to compel further responses. The Court finds Plaintiffs do not establish good cause for a protective order. Accordingly,

...

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel Plaintiffs to Provide Further Responses to Interrogatories and Requests for Production, Set One (#37) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiffs' Counter-Motion for Protective Order to Prevent Oppressive Discovery Requests (#41) is **denied**.

DATED this 17th day of December, 2012.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge